

# NUMBER 13-17-00683-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

FELICIANO CRUZ,                                         APPELLANT,

v.

THE STATE OF TEXAS,                                    APPELLEE.

### On appeal from the 214th District Court
### of Nueces County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

This matter is before the Court on appellant's motion to abate appeal, extend time for brief, and supplement record. The reporter's record was filed on February 28, 2018. Appellant has advised this Court that the record does not contain a hearing on the motion for new trial. Appellant requests the deadline for filing appellant's brief be extended until after the reporter's record is supplemented.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. *See* TEX. R. APP. P. 34.6(d). Accordingly, appellant's motion to supplement the reporter's record is GRANTED and the appeal is ABATED.

The court reporter of the 214th District Court of Nueces County is directed to prepare a supplemental reporter's record in this cause to include the hearing on the motion for new trial held in trial court cause number 16CR-2706-F. The supplemental record shall be filed with this Court within thirty days from the date of this order.

Appellant's motion for extension of time to file the brief is GRANTED. The appeal will be reinstated upon receipt of the supplemental reporter's record and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
7th day of August, 2018.

2